UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAULA MANSOUR AWAD and RITA
JABBOUR MANSOUR,

    Plaintiffs,

v.                                                 Case No: 5:21-cv-601-JSM-PRL

ALEJANDRO N. MAYORKAS, UR
MENDOZA JADDOU, SARAH
TAYLOR and KIMBERLY ZANOTTI,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 22). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 22) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendants' Motion to Dismiss or in the Alternative Motion to Transfer Venue (Dkt. 18) is GRANTED to the extent that this action is transferred to the Eastern District of Virginia.  Defendants' Motion to Dismiss is DENIED without prejudice to being refiled in the Eastern District of Virginia.

3. The Clerk is directed to transfer this case to the Eastern District of Virginia.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of April, 2022.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record